FILED
June 17, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002713141

JOHN D. MAXEY (SBN: 117617)
DUDUGJIAN & MAXEY
A LAW CORPORATION
13 SIERRAGATE PLAZA BLDG B
ROSEVILLE, CALIFORNIA 95678
Telephone: (916) 786-7272

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>GARY DEAN JONES, SR. AND LISA GAIL JONES,<br><br>                 Debtors. | Case No. 10-31959<br>Chapter 7<br>Docket Control # JDM-002<br><br>Date: July 19, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 28, Dept. A<br>       501 I Street, 7th Floor<br>       Sacramento, CA 95814<br>Judge: Michael S. McManus |

### DEBTORS' MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTOR'S BUSINESS AS ASSET OF ESTATE [11 U.S.C. §§554(b), 721]

Debtor GARY DEAN JONES, SR., by and through his attorney of record, John D. Maxey, will and hereby does bring a Motion to Compel Trustee to Abandon the Estate's Interest in Debtor's Business pursuant to 11 U.S.C. §§554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

By this motion Debtor requests that the Court enter an order compelling the Chapter 7

1

Trustee to abandon the bankruptcy estate's interest in Debtor's business on the following grounds:

1. Debtor's business does not possess or own any assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate, and;

2. The retention and operation of the business by the Trustee would be burdensome and costly to the estate and the creditors thereof.

Said grounds will be supported by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

Dated: June 17, 2010

DUDUGJIAN & MAXEY
A Law Corporation

By:     /s/ John D. Maxey
JOHN D. MAXEY
Attorneys for Debtors